**BERGMAN & GUTIERREZ LLP**
PENELOPE P. BERGMAN, ESQ., SBN 220452
penelope@b-g-law.com
DEBORAH P. GUTIERREZ, ESQ., SBN 240383
deborah@b-g-law.com
AMANDA L. GRAY, ESQ., SBN 244644
amanda@b-g-law.com
6100 Center Drive, Suite 1050
Los Angeles, California 90045
T: (310) 893-6200; F: (310) 988-2930

Attorneys for Plaintiff,
Felizabeth S. Escuadro

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIZABETH S. ESCUADRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK, N.A. F/K/A WASHINGTON MUTUAL BANK, F.A.; JPMORGAN CHASE BANK; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-AR1; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. SACV11-01584 FMO (RNBx)<br><br>Judge: Hon. Fernando M. Olguin<br>Courtroom No.: 22 - 5th Floor<br><br>**EX PARTE MOTION TO EXTEND TIME TO RE-OPEN THE ACTION TO ALLOW THE PARTIES TO CONSUMMATE SETTLEMENT, OR IN THE ALTERNATIVE, RE-OPEN ACTION**<br><br>Federal Complaint Filed: October 13, 2011<br>Trial Set: February 18, 2014 |

To the Honorable Fernando M. Olguin:

   Plaintiff Felizabeth S. Escuadro ("Plaintiff") hereby moves the Court to extend the time to re-open the action an additional 30 days in order for the Parties to

-1-
**EX PARTE MOTION**

consummate the final settlement, or in the alternative, to reopen this case. In support of this motion the Plaintiff affirms:

1. On April 16, 2014 Plaintiff and Defendant JPMorgan Chase Bank, N.A. (Defendant) jointly filed a Notice of Settlement. The Parties anticipated the settlement would be finalized within 45 days (Dkt #117);
2. On April 16, 2014 the Court dismissed the action without costs and without prejudice to the right, upon a showing of good cause, to re-open the action if the settlement was not consummated (Dkt #118);
3. Good cause exists to extend the time to re-open the action, as settlement has not been consummated;
4. On April 15, 2014, Defendant provided Plaintiff with a proposed Settlement and Release Agreement ("Agreement");
5. On April 17, 2014, Plaintiff provided her proposed changes to the Agreement;
6. Defendant has been reviewing the proposed changes and has advised that it will provide an amended Agreement by May 30, 2014;
7. Dismissal of the action is conditioned, in part, on certain conditions contained within the Agreement;
8. Accordingly, Plaintiff requests that the court extend the time to re-open the action an additional 30 days in order for the Parties to consummate the settlement, or in the alternative, re-open the subject action;

///
///
///
///
///
///
///
///

1    9. The Parties stipulate to an order extending the time to re-open the action an
2       additional 30 days in order to consummate settlement.  (See Exhibit A)

4    Dated:      May 30, 2014                **BERGMAN & GUTIERREZ LLP**

6                                         By:    */s/ Amanda L Gray*
7                                                Deborah P. Gutierrez
                                                 Penelope P. Bergman
8                                                Amanda L. Gray
                                                 Attorneys for Plaintiff Felizabeth S.
9                                                Escuadro

-3-
**EX PARTE MOTION**

**EXHIBIT A**

**BERGMAN & GUTIERREZ LLP**
PENELOPE P. BERGMAN, ESQ., SBN 220452
penelope@b-g-law.com
DEBORAH P. GUTIERREZ, ESQ., SBN 240383
deborah@b-g-law.com
AMANDA L. GRAY, ESQ., SBN 244644
amanda@b-g-law.com
6100 Center Drive, Suite 1050
Los Angeles, California 90045
T: (310) 893-6200; F: (310) 988-2930

Attorneys for Plaintiff,
Felizabeth S. Escuadro

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIZABETH S. ESCUADRO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>JPMORGAN CHASE BANK, N.A., SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK, N.A. F/K/A WASHINGTON MUTUAL BANK, F.A.; JPMORGAN CHASE BANK; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-AR1; and Does 1 – 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. SACV11-01584 FMO (RNBx)<br><br>Judge: Hon. Fernando M. Olguin<br>Courtroom No.: 22 - 5th Floor<br><br>**STIPULATION TO EXTEND TIME TO RE-OPEN THE ACTION TO ALLOW THE PARTIES TO CONSUMMATE SETTLEMENT**<br><br>Federal Complaint Filed: October 13, 2011<br>Trial Set: N/A |

-1-
**STIPULTION TO EXTEND TIME TO RE-OPEN ACTION**

1  IT IS HEREBY STIPULATED by and between Plaintiff FELIZABETH S.
2  ESCUADRO ("Plaintiff"), and Defendant JPMORGAN CHASE BANK, N.A.
3  ("Defendant") (Plaintiff and Defendant collectively the "Parties"), by and through their
4  respective counsel, that the Court enter an order extending the time to re-open the action
5  an additional 30 days in order for the Parties to consummate the final settlement.  The
6  Parties have been working to finalize the settlement agreement and anticipate that the
7  settlement agreement and all conditions of settlement will be completed within 30 days.
8  As such, an extension of time to re-open the action is necessary.

9  **SO STIPULATED.**

11  Dated:    May 30, 2014            **BERGMAN & GUTIERREZ LLP**

13              By:   */s/ Amanda L. Gray*
                     Deborah P. Gutierrez
14                   Penelope P. Bergman
15                   Amanda L. Gray
                     Attorneys for Plaintiff Felizabeth S.
16                   Escuadro

18  Dated:    May 30, 2014            **WARGOFRENCH LLP**

20              By:   */s/ Kristapor Vartanian**
                     Mark L. Block
21                   Kristapor Vartanian
22                   Attorneys for JPMORGAN CHASE
                     BANK, N.A.
23                   * *e-signature approved on May 30, 2014*

-2-
**STIPULTION TO EXTEND TIME TO RE-OPEN ACTION**

## Certificate of Service

    I, Amanda L. Gray, attorney of record in this matter, hereby certify that on May 30, 2014, in accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California, service of a true and correct copy of this document was accomplished pursuant to ECF electronic delivery.

By:   */s/ Amanda L. Gray*
          AMANDA L. GRAY